UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MCCOWAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA MEDICAL FACILITY,<br><br>    Defendant. | No.  2:21-cv-0352 AC P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    Plaintiff's first-filed document, docketed in this case on February 24, 2021, was a letter. See ECF No. 1.  The letter asked the court, in relevant part, to advise plaintiff regarding the limitations period for him to file a civil rights complaint.  See id. at 2.  Three days later, a civil rights complaint from plaintiff was docketed in this court in McCowan v. McKeown, No. 2:21-cv-0369 CKD ("McKeown").

    An evaluation of both matters in their respective chambers, as well as the timing of each filed document, leads this court to find that the letter filed in the instant action is part and parcel

////

of the McKeown action. Therefore, the Clerk of Court shall be directed to file it in the McKeown case and to close this case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall:

1. File plaintiff's letter in the instant action, which was docketed on February 24, 2021, (ECF No. 1), in McCowan v. McKeown, No. 2:21-cv-0369 CKD, and

2. CLOSE this case.

DATED: March 4, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE